**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6942**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT LEE BONNIWELL,

Defendant - Appellant.

---

**No. 99-7402**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT LEE BONNIWELL,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-96-40, CA-97-652)

---

Submitted: November 23, 1999      Decided: December 20, 1999

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

No. 99-6942 dismissed and No. 99-7402 affirmed by unpublished per curiam opinion.

_____

Robert Lee Bonniwell, Appellant Pro Se. Nicholas Stephan Altimari, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 99-6942, Robert Lee Bonniwell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bonniwell, Nos. CR-96-40; CA-97-652 (E.D. Va. May 12, 1999).

In No. 99-7402, Bonniwell appeals the district court's order denying his request for a certificate of appealability. As we conclude that Bonniwell has not made a substantial showing of the denial of a federal right, we affirm the district court's ruling. See 28 U.S.C.A. § 2253(c)(2) (West Supp. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 99-6942 - DISMISSED

No. 99-7402 - AFFIRMED

3